AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

James Giolitti

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08-MJ-53A

I, James Giolitti, charged in a (complaint) (petition) pending in this District with poss. a firearm not registered in Firearm Reg. in violation of Title 26, U.S.C., 5845(f), 5861(d) + 5871, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Defendant

3-27-08

Date

Counsel for Defendant