AO 442 (Rev. 10/03) Warrant for Arrest

**RECEIVED**
**U.S. MARSHALS SERVICE**
MAR 27 2008

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
JAMES GIOLITTI, SR

**District of Rhode Island**
**WARANT FOR ARREST**

Case Number: 1:08-MJ-53M

: RI

To: Th Redacted ficer
an

[…]DED to arrest James Giolitti, Sr.
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

possession of a firearm which is not registered to him in the National Firearms Registration and Transfer Record

in violation of Title 26 United States Code, Section(s) 5845(f), 5861(d) and 5871

David L. Martin
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

3-27-08 Providence RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/27/2008 | CJ Wyant SDUSM | S Wyant |
| DATE OF ARREST 03/26/2008 | | |