# United States District Court
***District of Rhode Island***

UNITED STATES OF AMERICA

v. APPEARANCE

JAMES GIOLITTI CASE NUMBER: 1:08-MJ-53M
Defendant

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

JAMES GIOLITTI

I certify that I am admitted to practice in this court.

Date: 3/28/08

/s/ Albert E. Medici, Jr., Esq.
(Bar No. 4584)
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone 401-946-3910
Facsimile 401-942-4918
amedici@medicisciacca.com