UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : Misc No. 1:08-M-53M
:
JAMES GIOLITTI, SR. :

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT**

The United States respectfully moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Complaint in the above-captioned matter without prejudice to refiling.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov

SO ORDERED:

______________________________
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATE: _______________________

## CERTIFICATE OF SERVICE

I the undersigned on this 30th day of April, 2008 caused the within Government's Motion to Dismiss the Complaint to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

Albert Medici, Esq.
Medici & Sciacca
1312 Atwood Avenue
Johnston, RI 02919

/s/ Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov