UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Misc No. 1:08-M-53M |
| | : | |
| JAMES GIOLITTI, SR. | : | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT**

The United States respectfully moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Complaint in the above-captioned matter without prejudice to refiling.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard W. Rose

RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov

SO ORDERED:

David L Martin

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATE: 5-6-08