# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA :
:
v. : Misc No. 1:08-MJ-53M
:
JAMES GIOLITTI :
Defendant

**MOTION FOR RETURN OF SEIZED PROPERTY**

Now comes the Defendant in the above-captioned matter and hereby moves this Honorable Court order that the United States District Court Office of Probation for the District of Rhode Island return the following property, surrendered by the Defendant as a condition of his recognizance:

1. Unites States of America Passport, in the name of James Giolitti.

As grounds for this motion, the Defendant asserts that on May 6, 2008, the indictment en captioned United States v. James Giolitti, Misc. No. 1:08-MJ-53M, was dismissed pursuant to Rule 48(a)of the Federal Rules of Criminal Procedure.

Respectfully Submitted,
JAMES GIOLITTI,
By his Attorney,

___________________________________
/s/ Albert E. Medici, Jr. (#4584)
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, RI 02919
Telephone: (401) 946-3910
Facsimile: (401) 942-4918
amedici@medicisciacca.com